IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Bee** DIVISION

United States Courts
Southern District of Texas
FILED

NOV 28 2014

David J. Bradley, Clerk of Court

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

**Van Carter #768325**
Plaintiff's name and ID Number

**McConnell Unit**
Place of Confinement

CASE NO: _____
(Clerk will assign the number)

v. **McConnell Unit**
_____
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**II. PLACE OF PRESENT CONFINEMENT:** McConnell Unit

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? __X__ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Curvie, Gary L Warden # McConnell Unit Conspire on Conspiracy to Violate Civil Rights Deliberately Indifference to Health or Safety

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Putnam Jr, Kenneth M Assistant Warden McConnell Unit

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Conspiracy to Conspire to Violate Civil Rights

Defendant #2: Ramirez P. Assistant Warden McConnell Unit

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Conspiracy to Conspire to Violate Civil Rights

Defendant #3: Alsobrook, Michael E Major McConnell Unit

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Conspire on Conspiracy to Violate Civil Rights

Defendant #4: Gonzales Jr, J.C. Capt. McConnell Unit

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Conspire on Conspiracy to Violate Civil Rights Deliberately Indifference toward Health or Safety

Defendant #5: McKee, James A Major McConnell Unit

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Conspire on Conspiracy to Violate Civil Rights Deliberately Indifference toward Health or Safety

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?    _X_ YES ___ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: *between 2008 & 2009*

2. Parties to previous lawsuit:
   Plaintiff(s): *Gib Lewis Unit*

   Defendant(s): _____

3. Court (If federal, name the district; if state, name the county) *Tyler Division*

4. Docket Number: *9:07-cv-97*

5. Name of judge to whom case was assigned: *N/A*

6. Disposition: (Was the case dismissed, appealed, still pending?) *Dismissed lack of Assistance*

7. Approximate date of disposition: *between 2008 or 2009*

Copy

United States Courts
Southern District of Texas
FILED

NOV 28 2014

David J. Bradley, Clerk of Court

United States Courts
Southern District of Texas
FILED

NOV 28 2014

David J. Bradley, Clerk of Court

## V. Statement of Claim

Offenses: Hate Crimes, Mayhem & Genocidal which there being on live TV or Radio broadcasters Defamication, member of my families, Assault with the intent to murder me & safe prison 06/11/01 B. Westfall - I feel that there is some pattern or practice - Some act to harm me. Induced an evil-opinion in the minds of rightful thinking people to convince or deceive them to believe I'm this homosexual, dyke female, Crip & Blood Bothe gangs set up child molester or snitch dieing with Aids plus allegations or accusations - stated by prison staff & inmate assault & murdering of my mom & brother & kidnapping of my children. Warden Currie Putnam Ramirez has prior of such cover-up but deliberately indifferent turned it & found still-continuing of sexually harassment Threats of sexually assaults & extortion continuing officials without an probable are allowing inmates that controlled to commit illegal [?] against me violates all due process, conspiring to commit an prison hit if return to population to murder me - there fabricating events plus in their rightful thinking inmates minds to convince or deceive them to assault or murder me as well. Sexually assault day in and day-out place in Fear by prison

Staff - system wide even in unmedical - chaing 2010-2011 where attacked several times by Inmates Any Nelson as well prison guards. 2009-2010 This Warden Currie Here at the McConnell Unit per utilizing the Grievance Procedural / Access to the courts Had me placed at the sky-view mental Hospital Litigating against him & his staff illegal conducted while coming from law library - snatching legal materials Assaulting me taking property belongs to me & destroying. These same practice or pattern still occuring Existing that puts me in totally Fear system wide constantly kept longer periods of Time in Administrative seg. Violates Due Process punitive - seg. the McConnell Unit wardens currie Putnam Ramirez capt. Gonzales major also brock, Lt. Ambriz, Sgt. chisum 1-29-14 attack by two unknown Prison guard when tryed to Fully Assault me while in secluded area. 5-6-14 Explained to Sgt. Fernandez, 5-7-14 Acc 5-15-14 chaplain 5-17-14 Lt. Idinas 5-20-14 Explains state classification Authorities 06/05/14 Lgal mail by attorney Intercepted by mail Rm. staff 7-28-14 Denyed ....... medical care 8-4-14 explained to Lt. Paves Conspiracy to conspire to violate civil Rights 7-5-14 Explain to sgt. Diaz his law suits conspiracy to conspire to violate civil Rights - 7-10-14 Explaine to Lt. Paveles & sgt. Rodriquez Conspiracy to violate civil rights, 7-29-14 explaine to Sgt. Prison sgt. major Prison staff are conspiring to assault & murder me as well the Inmates.

11-02-14 complaint to an Sgt. Rodriques 11-04-14 an Sgt. Garza, 11-6-14 Lt. Devalts, Sgt. Rodriques & Sgt. Mayer - Safe Prison, Conspiracy to Conspire to violate - civil Rights - 11-27-14 complaint to an Lt. brown to Sgt. Dias, per law suit, prison staff has conspired an conspiracy to violate civil Rights, McConnell Unit - Unit classification committee — Discriminated Against me, Denying any level of process, protection they have, knows that I'll be either seriously assaulted & murder, but numerous times, Filing complaint - Failed to granted any protections. Prison officials has prove I as an 51 yrs old Black Disabled prisoner - suffered physical or psychological illness - showed inadequate to need health or safety - per Filing suits in Unions - Conspiracy to violate any reason without an probable - cause Nor Justification civil Rights. Continuously - caused by prisoner brutality or harassment, unsafe cell or prison conditions, censorship, or extremely limited mail, phone or placed in protective custody, inadequate medical care interference with practicing my Religion, inadequate Food, Racial, sexual or ethnic discriminate, placement in Administrative seg. long period of time per law suits sexually harassment sexually assaults, assaults with the intent to murder & addition to threat of Violence, deprived of owner of property - Defamation of character by prison staff - called child molester, girl in the pod or snitch?! Homosexual - things that I'm Not plus deprive of making parole - I as an elderly Black prisoner abused & torture by state Actor - that are continuously

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

2011 thru 2014, I as an 51 yrs old Black Disabled Prisoner suffered Heart Condition, Seizure, High Blood Pressure & other Physical or Psychological Problems - per utilizing grievance Procedural - Filed Numerous staff complaint Against Warden Currie, Ramirez, Putnam, Major McLee & the Rest of their Subordinates by conspiring an conspiracy to violate more of civil Rights, Sgt. Mayer Safe Prison has Prior "E" such Act of Violent Toward my Member of my Families to deprive us as US Citizen of Life Necessities to commit Assaults with the intents to murder! For Any Know Reason As- 2014 date enter TDCJ-ID Complaint to Sgt. Mayer offences committed against me & my Families up

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

To stop - Discriminatory/Retaliatory attacks - Granted Preliminary Injunction/Temporary Restraining Order

## VII. GENERAL BACKGROUND INFORMATION:

A. State in complete form, all names you have ever used or been known by including any and all aliases:

Van Carter

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

768375, 680444 & V.J.A

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✗ YES ☒ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (If federal, give district and division): Tyler Division
  2. Case Number: 9:07cv57
  3. Approximate date sanctions were imposed: Can't Remember
  4. Have the sanctions been lifted or otherwise satisfied? ___ YES  X  NO

Your Honorable Judge Have any filed 2016 - Gib lewis Unit - Warden Currie HP property Taking - Case where probably Dismiss Re to Prison ...

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning were imposed: N/A

Executed on: 12/22/14
(Date)

_____
(Printed Name)

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this _____ day of ___Nov___, 20_14_.
         (Day)              (Month)              (Year)

_____
(Printed Name)

_____
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

Clerk

United State District
Court - Southern District
of Texas 1133 North
Shoreline Corpus Christi, Tx
78401

United States Courts
Southern District of Texas
FILED

NOV 28 2014

David J. Bradley, Clerk of Court

To the Honorable clerk of US District
Court - Requesting to Abate / Motion For New trial.

§7. The Order

§7.1 In Writing. the Order overruling or granting the Motion For New trial must be In writing and signed by the trial court. TRCP 329b(c); Faulkner v. Culver 851 S.W. 2d 187, 188 (Tex. 1943). A docket entry noting that a motion For New trial is granted is not an effective order. Id. Taack v. McFall 661 S.W. 2d 923, 924 (Tex. 1983).

§7.2 The Grounds.

The trial court has broad discretion in granting New trials. A New trial may be granted For good cause, on motion or on the court's own motion. The court can grant a motion For New trial without stating any reason other than in the interest of justice. Champion Int'l Corp. v. Twelfth court of Appeals, 762 S.W. 2d 747, 849 (Tex. 1988).

Mr. Van Cantor 768225
McConnell Unit 768325
3001 S. Emily Dr.
Beeville, TX 78102

United States Courts
Southern District of Texas
FILED
NOV 28 2014
David J. Bradley, Clerk of Court

Clerk
United States District
Court - Southern District of
Texas 1133 North Shoreline Rm 208
Corpus Christi, TX 78401