UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VAN CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-469 |
| | § | |
| MCCONNELL UNIT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Order dismissing Plaintiff's § 1983 claims against the named Defendants and the three John Doe officers with prejudice for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1), this action is dismissed with prejudice. This is a final judgment.

ORDERED this 14th day of April, 2015.

_____
Jason B. Libby
United States Magistrate Judge